I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Aaron Kirk Woolman<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

3:19-mj- 1466 - JBT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Aug. 7, 2019 - Aug. 21, 2019__ in the county of __Duval__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(d)(1)(A) and (2)(B) | Solicitation for child pornography, in violation of 18 U.S.C. §§ 2251(d)(1)(A) and (2)(B). |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_Complainant's signature_

ROBERT A. SCHWINGER, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____

_Judge's signature_

City and state: __Jacksonville, Florida__

JOEL B. TOOMEY, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Robert A. Schwinger, being duly sworn, state as follows:

## INTRODUCTION

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation
(FBI), and have been so employed since June 1998.   Prior to my employment with
the FBI, I practiced law for five years as an associate attorney with law firms in
Washington, D.C. and Baltimore.   I have a Bachelor of Arts degree in political
science from the University of Delaware, and a Juris Doctor from Harvard Law
School.   I am currently assigned to the Jacksonville, Florida Division of the FBI
where I conduct a variety of investigations involving violent crimes, white collar
crime, and crimes against children.   I have received law enforcement training from
the FBI Academy at Quantico, Virginia.   A substantial portion of my duties are
dedicated to investigating cases involving crimes against children under the auspices
of the FBI's "Innocent Images" National Initiative.   Since becoming a Special
Agent, I have worked with experienced Special Agents who also investigate child
exploitation offenses.   In the performance of my duties, I have investigated and
assisted in the investigation of matters involving the advertisement and solicitation
for, possession, collection, production, receipt, distribution, and transportation of
child pornography.   I have been involved in searches of residences pertaining to the
advertisement and solicitation for, possession, collection, production, and/or

1

transportation of child pornography either through the execution of search warrants or through the subject providing written consent to permit a search to be conducted.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that involved violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation.   In connection with such investigations, I have served as case agent, have conducted interviews of defendants and witnesses, and have served as an undercover agent in online child exploitation cases.   I am a member of a local child exploitation task force comprised of the FBI and other law enforcement agencies. These agencies, and others, routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads.   As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.   Based on my training and experience, I know that the internet is a means and facility of interstate commerce.

3.        The statements contained in this affidavit are based on my personal knowledge, as well as on information provided to me by other Special Agents, FBI employees, and other law enforcement officers and personnel.   This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a

2

criminal complaint, and I have not included each and every fact known to me concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause to believe that AARON KIRK WOOLMAN has committed a violation of Title 18, United States Code, Sections 2251(d)(1)(A), (2)(B) and 2251(e), that is, solicitation for child pornography.

4.     I make this affidavit in support of a criminal complaint against defendant, AARON KIRK WOOLMAN, that is, during the period from on or about August 7, 2019 through on or about August 21, 2019, in the Middle District of Florida, and elsewhere, AARON KIRK WOOLMAN did knowingly make, print and publish, and cause to be made, printed, and published, notices seeking and offering to receive and produce visual depictions, the production of which visual depictions involved the use of a person whom defendant believed to be a minor engaging in sexually explicit conduct and which depictions would be of such conduct, and such notices were transported using a means and facility of interstate commerce, that is, by computer via the internet, in violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

5.     On or about August 7, 2019, while acting as an Online Covert Employee (OCE) during my duties as a FBI agent, I was connected to the internet using a mobile device while in San Antonio, Texas.   While using a particular free mobile chat application that permits users to send text messages, images, video, and

3

other content using the internet, an individual using the user name "awool61" contacted me in a particular public group chat room using the application's private chat feature[1]. Based on its title and conversations that I have observed within it, it appeared that several of the users in this chat room had a sexual interest in children. I observed that the user "awool61" listed his name as "Aaron Woolman" on the home screen for his account. The photo for user "awool61" depicts the face of what appears to be a middle-aged male individual wearing glasses and displaying a goatee with gray hair on his chin.

6.     During this initial private online written conversation, I advised the user "awool61" that I had a nine-year-old step-daughter. During this same online chat session, user "awool61" told me that he lived in southern Idaho, and he repeatedly asked me to send non-pornographic pictures of my purported nine-year-old step-daughter to him over the internet using the chat application's private online messaging function. On that day, I did not comply with this request.

7.     On August 14, 2019, at approximately 9:56 a.m., while acting as an OCE at the FBI office in Jacksonville, Florida, I contacted user "awool61" through the mobile application's private chat feature. During the ensuing written private

---

[1] Based on my training and experience, I know that this particular mobile chat application permits users to send and exchange text messages and other content over the internet. Users often meet in public and private chat "groups" that share a common interest. After meeting in the group, users can send, receive, and exchange private messages with other group members using the private chat feature.

chat, "awool61" and I engaged in the following online conversation.   OCE: "Hey! Think we chatted last week.  Dad here with yng dau, 9."   AWOOL61: "Yes I would love to see her."   OCE: "Looking for a guy to trust to teach her things.   Been talking to her about it."   AWOOL61: "Yes I know you were going to get some better pictures to show me."   OCE: "U want to chat with her direct? She has phone. Been talking to her about a good friend wanting to show her things. I would be there too.   AWOOL61: "I need to download a Phone that my wife cannot say I would love to see a picture of her before we chat."   At that time, I sent user "awool61" an image of what appears to be a prepubescent child sitting in a chair.   This image does not depict an actual child.   Later in the chat session, user "awool61" provided me with his telephone number as 208-XXX-7687.

8.     Later in the same chat session using the messenger application private chat feature, I engaged in the following online written conversation with user "awool61":   AWOOL61:   "Do you have anymore pictures to prepare me?"   I then sent "awool61" an image depicting the head and torso of what appears to be a minor child sleeping.   This image does not depict an actual child.   The chat then continued as follows:   AWOOL61: "Please do I would love to know what I'm getting into before we chat. Love that soft young skin and willingness to learn something new."   OCE: "Was talking to her about this last night while helping her out of the shower.   She want [sic] to learn.   AWOOL61: "I wish you had a picture

5

of her getting out of the shower she's going to need to show me her little pussy do you think that will be OK?'   OCE: "You can ask her.   Think so."   AWOOL61: "I will see if you can put up any more pictures before she comes home so I can see more of her."   Based on my training and experience, I know that the term "pussy" is a derogatory slang term that refers to the genitalia of a female individual.

9.      Later in the same chat session using the messenger application private chat feature, I engaged in the following online written conversation with user "awool61":   AWOOL61: "I love her little titties makes me want to lick them." OCE: "Yeah so hot watching her sleep."   AWOOL61: "Yes I'd love to have a peek at that little pussy."   OCE:   "Don't have that.   You can ask her."   AWOOL61: "Oh I will and instructor [sic] on how to play with it.   I'm getting so hard already how long until she gets home from your time."   OCE: "Probably an hour or so.   U at home?"   AWOOL61: "No I'm in my truck but no one's around."

10.      Later on August 14, 2019 at approximately 12:22 p.m., I engaged in the following online written conversation with user "awool61" using the mobile chat application's private messaging feature:   AWOOL61: "Have you found any more pictures of her yet maybe some more with her little titties?   At this point in the chat, I sent to "awool61" an image depicting what appears to be a minor female sleeping with her naked breast area exposed.   The image does not depict an actual child. My chat with "awool61" continued as follows:   AWOOL61:   "Mmmm.   Time is

6

getting close let me know when you have her prepared to chat."   OCE: "Ok. You like her?   What's your location again?"   AWOOL61: "Southern Idaho."   OCE: "Damn…wish you were closer."   AWOOL61: "I do too I would rub my cock on her pussy."

11.      Later on August 14, 2019 at approximately 4:09 p.m., I engaged in the following online written conversation with user "awool61" using the same messaging application private messaging feature:   OCE: "If I can get some pics tonight, what are you looking for?"   AWOOL61: "Anything you can give me wife or daughter.   I'm sitting here rockhard right now just thinking about it."   At this point in the chat session, user "awool61" sent me a photo of an erect male penis with a hand around the base of the shaft of the penis.   The chat then continued as follows:   AWOOL61: "This is one I would show her."   OCE: "Ok. Yeah save that for her."   AWOOL61: "It could be her lollipop."   OCE: "Yeah man. So nothing in particular you want to see? Wife a no go.   Can't risk it."   AWOOL61: "Of course I'd love to see here (sic) with no panties. Or even a close-up of her little camel toe."   Based on my training and experience, I know the term "camel toe" is a derogatory slang term for the genitalia of a female.

12.      Later on August 14, 2019 at approximately 10:03 p.m., using the same messenger application private chat feature, I sent user "awool61" an image depicting what appears to be a minor female sleeping with the blanket pulled up exposing her

7

back while wearing a bra and underwear.   This image does not depict an actual child.

13.    On August 15, 2019, I continued to engage in online written conversations with user "awool61" through chat sessions using the same messenger application private chat feature.   At approximately 9:51 a.m. that day, the following conversation took place:   AWOOL61: "You didn't get a picture of her little pussy this morning did you I'll be ready in 10 minutes".   OCE: "Good morning.   No man her mom was around.   Snuck that shot last night.   I will get on later this morning. Sorry for the delay."   AWOOL61: "No problem can't wait to see her little pussy and I took some fresh pics when I got out of the shower this morning".   AWOOL61: "I would love to lick her sweet pussy wish we were closer".   OCE: "Yeah me too." AWOOL61: "Is she almost ready I'd love to see her eating her little panties with her pussy".

14.    On August 15, 2019 and at my direction, FBI Staff Operations Specialist (SOS) M. Hammerling began attempting to identify the individual using the mobile application account with user name "awool61" and the telephone number 208-XXX-7687.   SOS Hammerling has advised me of and provided me with the following information, some of which was set forth in written documentation that I have reviewed, and I learned the following:

8

a.     A query of the Facebook social media website revealed an

account with the username "aaron.woolman.35".   Based on my review, I

have probable cause to believe that the male individual depicted in the

Facebook profile picture for this account is the same individual depicted in the

profile picture posted on the mobile application profile for user name

"awool61" that is referenced above herein.

b.     A query of an online open source database for the name

"AARON WOOLMAN" revealed the following information:

Name: Aaron K. Woolman

D/O/B: 12/09/1961

Address: 3002 S 1200 E, Hagerman, Idaho 83332

c.     At the request of SOS Hammerling, the FBI Salt Lake City Field

Office provided driver's license information for AARON KIRK WOOLMAN,

including a photograph depicting WOOLMAN that I have reviewed.   I have

probable cause to believe that the Utah driver's license photo provided with

this information depicts and is the same individual pictured in the profile

picture posted on the messenger application profile for user "awool61"

referenced above herein.

15.     Later on August 15, 2019, I continued to engage in online written

conversations with user "awool61," whom I have probable cause to believe is

9

AARON KIRK WOOLMAN (based on the identifying information set forth above),

through chat sessions using the same messenger application online private chat

feature.   At approximately 3:36 p.m. that day, the following conversation took

place:   OCE: "She is ready to chat. Here is her number. XXXXXXXXXX. I told her

my friend wanted to talk to her. Her name is Mandy." At this point in the

conversation, I was providing WOOLMAN with a cellular telephone number for the

purported 9-year-old daughter of my OCE persona referred to above herein so that

WOOLMAN could contact her and chat with her directly through cellular text

messages.   My conversation with WOOLMAN continued as follows: WOOLMAN:

"Do you still have my number call me on it I'm ready."   OCE: "Just text her at the

number.   She's not ready to talk.   Just text."   WOOLMAN: "Good."   OCE: "She

is super cute today…"   WOOLMAN: "That is great I can't wait to see her I just sent

her a text.   She is not answering me."   OCE: "Ok hang on.   She's 9 and doesn't

carry it around with her. Let me find her."   WOOLMAN: "Sounds great.   I hope

you find her phone."

16.   Later on August 15, 2019 at approximately 4:49 p.m. EST, FBI Special

Agent (SA) Abbigail Beccaccio was working as a FBI Online Covert Employee

(OCE 6427) using a cellular telephone posing as "Mandy," the purported 9-year-old

daughter of my OCE persona referred to above herein.   Using the "Mandy"

persona, SA Beccaccio engaged in a cellular text conversation (in writing) with

WOOLMAN.   I have discussed this conversation with SA Beccaccio, and I have
reviewed the transcript of this text message conversation, which stated, among other
things, the following:   WOOLMAN: "So tell me are you curious about boys". OCE
6427: "I mean ya but I don't know a lot."   WOOLMAN: "Well ask me I can tell
you whatever you want to know do you know what they look like underneath."
OCE 6427:   "I mean my dad said it was ok to talk to you."   WOOLMAN: "Yes
would you like to know what boys look like when they grow up."   OCE 6427: "Idk
I mean I've seen my dad in the shower maybe! But I'm not like super old so should I
see that?"   WOOLMAN: "If you would like to do you want me to see yours so I
can tell you what to expect when you're a grown lady".   OCE 6427: "Huh? I mean
I'm almost 10 what do u mean?   Sorry I'm confused."   WOOLMAN: "Are your
lady parts starting to change."   OCE 6427:   "I mean I wear a bra if that want u
mean."

    17.   I have also reviewed the transcript of a cell phone text conversation
between WOOLMAN, using cellular telephone number 208-XXX-7687, and OCE
6427, posing as the nine-year-old minor female, "Mandy," which took place later
that day, beginning at approximately 5:09 p.m., and stated among other things, as
follows:   WOOLMAN: "That's OK you don't have to if you don't want to I'm glad
we're becoming friends is your dad the only boy parts you've ever seen.   It's OK you
can tell me."   OCE 6427: "I mean I've seen like my little cousins too."

WOOLMAN: "Would you like to see what a big one looks like.   Do you know what it's for."   OCE 6427: "I've seen my dad pee with it.   Is that bad?" WOOLMAN: "OK Mandy I'm going to show you something so you know what to look for."   WOOLMAN sent OCE 6427 by text message a picture of an erect male penis with a hand around the base of the shaft of the penis.   The text conversation continued:   WOOLMAN: "That's one it's ready for a lady know what it looks like ready.   It's OK sweetie just for you to look at I'm here to teach you about men and women."   OCE 6427: "Oh ok."   WOOLMAN: "Is it more than you expected. What do you call your private parts."   WOOLMAN: "Don't be bashful you can talk to me about it it's OK I'm here to help you understand these things."   OCE 6427: "Idk what should I call it."   WOOLMAN: "You can call it your vagina or your pussy.   That's were [sic] a man put his penis.   Do you touch it sometimes maybe when you go pee.   Its OK you can tell me about it that's what I'm here for."   OCE 6427: "Um ok I guess I'll call it a vagina.   I think I heard my mom say that."

18.    I have reviewed the transcript of a cell phone text conversation between WOOLMAN, using cellular telephone number 208-XXX-7687, and OCE 6427, posing as the 9-year-old minor female "Mandy," which took place later that same day beginning at approximately 5:58 p.m., and stated, among other things, as follows:   WOOLMAN: "OK if you show me I'll tell you for the fun parts are to your vagina.   It's OK just between us I won't tell on you.   Don't you want to find

out Mandy.   You can call me I'll call [sic] Aaron if you want if that makes you feel more comfortable with me.   I really want to talk with you more you're a very special girl."   OCE 6427: "Awe thanks ur nice."   WOOLMAN: "So do you ever touch your vagina other than wiping it.   I can tell you about how to touch it.   Are you busy now if you are we can talk while you're taking a bath.   I would love to continue our chat some more Uncle Aaron really likes you."   OCE 6427: "So sorry Dad said dinner and shower.   Idk I guess I touch it in when I shower to".   WOOLMAN:   "Text me when you get ready to shower.   If you take a picture for me I will show you for your fun spots are [sic].   I'll be here when you get in the shower."   OCE 6427: "Huh? What do you want a pic of? I'm confused again".   WOOLMAN: "If you take a picture of your vagina I will show you where to touch it to give you pleasure feeling no but he hast to know but you wouldn't me because you're my special girl [sic].   It's OK to show me I won't tell on you.   Is it shower time yet.   It would be hard for me to describe or for you to touch if I don't see your vagina I think you'll love it when I tell you how to do it.   Rob [sic] the very top of your vagina and tell me what you see and how you feel."

19.     On August 16, 2019, I continued to act as an OCE and engage in online written conversations with WOOLMAN, as user "awool61," through online chat sessions using the mobile application private chat feature.   Beginning at approximately 11:39 p.m. on that day, the following conversation took place

13

between WOOLMAN ("awool61") and me (OCE):   OCE: "Ok here. Mandy at school today.   Chat starting to get hot when I read.   Awesome."   WOOLMAN: "I was hoping she would get back with me while she was in the shower I was going to teach her how to self pleasure.   Did you get any pics for me last night."   OCE: "Hang on.   Fell asleep after her shower.   Had to put her to bed.   I'm working most of today, then we are busy this weekend.   If u can reach her on her by text, feel free.   She may not be able to hit you right back."   WOOLMAN: "About what time will she be home."   OCE: "Not sure.   Usually by 3-4, depending on if she goes to play with a friend."   WOOLMAN: "You didn't have [sic] to get a close-up of her little pussy through those panties did you."   OCE: "Not yesterday.   Is that what you want me to get for you?"   WOOLMAN: "Yes I would love to see it."

20.   On August 17, 2019, at approximately 11:36 a.m., while continuing to act as an OCE, I had the following online written conversation with WOOLMAN, as user "awool61," using the same messenger application private chat feature: OCE: "Morning.   We are with her mom most of the weekend so may be quiet.   She will get back to you if she can."   WOOLMAN: "Have you gotten any pictures like I asked for yet.   You were going to send me pictures of her little pussy remember even if it's with her panties on."

21.   On August 20, 2019 at approximately 4:19 p.m., while continuing to act as an OCE, I had the following written online conversation with WOOLMAN, as

14

user "awool61," using the same messenger application private chat feature:   OCE: "Will see if I can sneak one.   Easier when she's sleeping....can get good ones..[.] Or when she is in the bathroom."   In these statements, I am referring to my purported efforts to comply with WOOLMAN's requests to receive pornographic images of the purported 9-year old minor child.   WOOLMAN: "I like those just so you know after I look at them I get rid of them."   OCE: "Ok. What do you like?" WOOLMAN: "Anything I can see I'd love to see her sweet little pussy."

22.   On August 21, 2019, at approximately 1:55 p.m., while continuing to act as an OCE, I had the following written online conversation with WOOLMAN, user "awool61," using the same messenger application private chat feature: WOOLMAN: "Where is those pictures you were going to get for me."   I then sent WOOLMAN over the internet an image depicting what appears to be a minor female lying on her side in bed with the blanket pulled back exposing her back side wearing underwear and no shirt.   This image does not depict an actual child.   My chat with WOOLMAN continued as follows:   WOOLMAN: "What a sexy little ass."   OCE: "Got a couple for you.   Yeah man".   WOOLMAN: "Can almost see the outline of her little pussy.   She doesn't have her top on too bad she didn't rollover so you could take a picture of her little titties."   OCE: "You've seen them. Sent u an older one of her tits."   WOOLMAN: "Yeah I know but I discarded it remember I don't save.   I would've loved to take her panties down for a peek."

23.    Also on August 21, 2019, I sent WOOLMAN over the internet an image depicting what appears to be a minor female lying on her side in bed with the blanket pulled back exposing her back side while wearing underwear and no shirt, with an adult male hand pulling the underwear down slightly exposing the buttocks. This image does not depict an actual child.   My online written chat conversation with WOOLMAN then continued as follows:   WOOLMAN: "Yes a little farther would be nice to see her little pussy.   Would be very tempting to rub my cock on her little ass crack and against her pussy."   OCE: "Mmmm hot."   WOOLMAN: "I'm so fucking hard right now wishing you would've pulled her crotch aside so I could see her pussy."

24.    I have reviewed a cell phone text message transcript of a conversation between SA Beccaccio, acting as OCE 6427 posing as the nine-year-old child "Mandy" and WOOLMAN, as user "awool61," that occurred on August 21, 2019 beginning at approximately 4:39 p.m. EST.   The conversation stated, among other things, as follows:   WOOLMAN: "Is your finger inside your vagina right now. Rub it in and out at the top of your vagina tell me when you're doing that and I will help you."   OCE 6427: "How r u gonna help?"   WOOLMAN: "I'll keep telling you what to do.   Just keep putting your finger in and out putting pressure on the top of your vagina.   Do you want to kind of see how a grown lady does it.   Once you know how to do it it will feel very good to you.   Are you doing it now."   OCE

16

6427: "Trying huh." WOOLMAN: "Do you feel a little knob sticking out of the top of your vagina." OCE 6427: "Is that bad?" WOOLMAN: "If you take a picture and show me I will tell you if you're doing the right [sic]. No that's good play with it to." OCE 6427: "Take a pic of what?" WOOLMAN: "Of how you're playing with your vagina and I can tell you if there's anything you need to do different." OCE 6427: "But how do I do that?" WOOLMAN: "Just put the camera on your phone in front of your vagina while you are playing with it and take a picture or hold the button for a video. Is it feeling good. I would love to see if you're doing it right. Are you still there hun." At this point in the conversation, WOOLMAN sent to OCE 6427 over the internet a video file depicting what appeared to be a close up of a hand masturbating by rubbing an adult female's vagina. The conversation continued as follows: OCE 6427: "That looks weird! Is it bad if it feels good." WOOLMAN: "No it's supposed to feel good does it. Are you playing like the lady in the video. I'm trying to help you show me what you're doing and I'll tell if it's good. Is your vagina getting wet."

25. On August 21, 2019, I caused an administrative subpoena to be served on the business entity that owns and runs the particular free mobile chat application for the subscriber information relating to the user "awool61" referenced above. In response to this subpoena, this business entity identified several IP addresses for this user that were associated with Verizon. A subsequent subpoena was served on

Verizon requesting subscriber information for these IP addresses. In response to this subpoena, Verizon identified 3002 S 1200 E, Hagerman, Idaho 83332, as the location of the IP addresses associated with the user "awool61." This is the same address previously determined to be the residence of AARON WOOLMAN.

26. On September 25, 2019, I reviewed property tax records from the Gooding County, Idaho tax office provided to me by the FBI office in Boise, Idaho. These records indicate that A. KIRK WOOLMAN and TRACY WOOLMAN are the listed owners of the residential property at 3002 South 1200 East, Hagerman, Idaho 83332. I also reviewed vehicle registration records from the Idaho Transportation Department provided by the Boise FBI office, and these records indicated that there are four vehicles registered to AARON KIRK WOOLMAN and TRACY LYNN WOOLMAN at the same address. Open source database checks revealed there are two buildings on the property, including what appears to be a main house and an additional smaller building in the rear of the property.

27. Based upon the foregoing facts, I have probable cause to believe that during the period from on or about August 7, 2019 through on or about August 21, 2019, in the Middle District of Florida, and elsewhere, the defendant, AARON KIRK WOOLMAN, did knowingly make, print and publish, and cause to be made, printed, and published, notices seeking and offering to receive and produce visual depictions, the production of which visual depictions involved the use of a person

18

whom defendant believed to be a minor engaging in sexually explicit conduct and

which depictions would be of such conduct, and such notices were transported using

means and facilities of interstate commerce, that is, by cellular telephone and by

computer via the internet, in violation of Title 18, United States Code, Sections

2251(d)(1)(A) and (2)(B), and 2251(e).

ROBERT A. SCHWINGER, Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this
___5___ day of December, 2019, at Jacksonville, Florida.


JOEL B. TOOMEY
United States Magistrate Judge

19